**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2293**

WILLIAM WOOD,

        Plaintiff - Appellant,

    v.

MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES; RICHARD
JACOBSEN, Director; SONIA BUSH, Social Worker, in their
Personal and Official Capacities,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. David C. Keesler,
Magistrate Judge. (3:07-cv-00273-DCK)

Submitted: March 17, 2009        Decided: March 19, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Wood, Appellant Pro Se. Robert S. Adden, Jr.,
Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Wood appeals the magistrate judge's orders dismissing his civil action for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1) and denying his motion to reconsider.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wood v. Mecklenburg Cty. Dep't of Soc. Servs., No. 3:07-cv-00273-DCK (W.D.N.C. Aug. 18, 2008 & Oct. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to proceed before the magistrate judge under 28 U.S.C. § 636(c)(1) (2006).